UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Raymond V. Castello;** <br> **Wanda Karla Castello**; and Does 1-10, <br><br> Defendants. | Case: No.: 5:18-cv-05337-SVK <br><br><br> [proposed] **ORDER GRANTING JOINT STIPULATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56.
2. All dates based on the Joint Site Inspection deadline shall be recalculated from the date of this Order.

IT IS SO ORDERED.

Dated: May 15, 2019

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE