UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>　v.<br>RAYMOND V. CASTELLO, et al.,<br>　　　　Defendants. | Case No. 18-cv-05337-SVK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE**<br><br>Re: Dkt. No. 21 |

On January 21, 2020, the parties filed a joint stipulation to extend the mediation deadline from September 24, 2019 to March 4, 2020. Dkt. 21. The parties represent that they were unavailable to conduct the mediation by the September 24, 2019 deadline due to scheduling conflicts. Dkt. 21 at 2. The parties also represent that they have set a mediation hearing for March 4, 2020 and request that the mediation deadline be extended to and include that date. *Id*.

The docket reflects that the mediation was set on two prior occasions – first on December 19, 2019 and then on January 29, 2020. These entries note that the hearings are "pending Court approval of an anticipated stipulation to extend the mediation deadline," which apparently neither party found necessary to file. The Court has admonished Plaintiff's counsel on numerous occasions in other matters that after-the-fact requests for extensions, even if needed to accommodate the mediator's schedule, are not acceptable. Requests for extension must be filed within 30 days of the original deadline.

////
////
////
////
////

With this admonishment and the parties' failure to follow the Court's instructions set forth in the docket regarding the prior extensions in mind, the parties' request for an extension to the mediation deadline is **GRANTED** this one time only.  **There will be no further extensions of the mediation deadline to accommodate the parties' schedules.**  An extension to accommodate the mediator's schedule will be granted only upon a showing of good cause.

**SO ORDERED.**

Dated: January 21, 2020

SUSAN VAN KEULEN
United States Magistrate Judge