UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | **Case No.** 5:18-CV-05337-SVK |
|---|---|
| Plaintiff, | |
| v. | ORDER [proposed] TO EXTEND DATE FOR FILING DISMISSAL |
| RAYMOND V. CASTELLO; WANDA KARLA CASTELLO; and Does 1-10, | As Modified |
| Defendants. | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to April 23, 2020.

**The May 15, 2020 Order to Show Cause hearing remains in place.**

**IT IS SO ORDERED.**

Dated: April 8, 2020

*Susan van Keulen*
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge